## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

WILLIAM STEPHEN TOTH,      )
                              )
        Plaintiff,        )
                              )
        v.                 )   Civil Case No. 14-00395 (RJL)
                              )
WELLS FARGO BANK, N.A., *et al.*,  )
                              )
        Defendants.    )

**FILED**

MAR 0 9 2015

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## ORDER

For the reasons set forth in the Memorandum Opinion entered this /___ day of

March 2015, it is hereby

**ORDERED** that Justine Smith's Motion to Dismiss Plaintiff's Complaint [Dkt.

# 4] is **GRANTED**; and it is further

**ORDERED** that Bank Defendants' Motion to Dismiss Plaintiff's Complaint [Dkt.

# 8] is **GRANTED**; and it is further

**ORDERED** that the above-captioned case is **DISMISSED** for lack of subject

matter jurisdiction.

        **SO ORDERED.**

RICHARD J. LEON
United States District Judge

1